Marion Kenneth McCAFFERTY, Appellant,

v.

The STATE of Texas, Appellee.

No. 38672.

Court of Criminal Appeals of Texas.

Nov. 3, 1965.

No attorney on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The complaint and information charge appellant with the offense of aggravated assault upon a policeman while in the discharge of his duties. Upon a plea of guilty the Court found appellant guilty of the offense of driving while intoxicated.

The variance between the judgment and the information is fatal. Brown v. State, Tex.Cr.App., 391 S.W.2d 61, and Acosta v. State, Tex.Cr.App., 385 S.W.2d 394, and cases there cited.

The judgment is reversed and the cause is remanded.